EASTERN DISTRICT OF KENTUCKY
**FILED**
JUL 30 2021
AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Eastern District Of Kentucky

In re Robert Mitchell Henson and Erin Marie Henson,    Case No. 19-21076-tnw

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT | U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #: 0441

Court Claim # (if known): 2
Amount of Claim: $154,266.62
Date Claim Filed: 12/28/2020

Phone: 888-504-6700
Last Four Digits of Acct. #: 0441

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708
Phone: 888-504-6700
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 7/1/21
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

<u>Eastern</u> District Of <u>Kentucky</u>

In re <u>Robert Mitchell Henson and Erin Marie Henson</u>, Case No. <u>19-21076-tnw</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>2</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT | U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT |
| Address of Alleged Transferor: | Address of Transferee: |
| Rushmore Loan Management Services P.O. Box 55004 Irvine, CA 92619-2708 | Rushmore Loan Management Services P.O. Box 55004 Irvine, CA 92619-2708 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

# 313218    — AD

July 30, 2021
11:17:55

**$26 CLAIMS TRANS
19-21076-TNW13**

Debtor.: ROBERT MITCHELL HENSON
Judge..: TRACEY N. WISE
Trustee: Beverly Burden
Amount.:                $26.00 CH
Check#.: 7088

Total—>   $26.00

FROM: GHIDOTTI BERGER LLP



**G|B**
GHIDOTTI BERGER
1920 Old Tustin Avenue
Santa Ana, CA 92705

RECEIVED
JUL 30 2021
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

Forward:
P.O. Box 1111
Lexington KY 40508

CINCINNATI OH 452
SANTA ANA CA 926
9 JUL 2021 PM 5 L

quadient
07/01/2021
US POSTAGE
$000.51⁰

FIRST-CLASS MAIL
ZIP 92705
041M11470120

U.S. Bankruptcy Court
United States Courthouse
35 West 5th Street, Suite 306
Covington, KY 41011